ALICE P. LITTLE v. GEORGE C. LITTLE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion granted in so far as to direct that the stipulation annexed to the moving papers upon this

motion and marked Exhibit " B " be deemed embodied in the papers on appeal herein, as though the same were handed up to this court upon the argument of the appeal. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.